```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 34591
    MARY ROGERS
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER


         Debtor
    SSN XXX-XX-6838

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/30/2005 and was confirmed 10/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 01/22/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CITY OF CHICAGO WATER DE   SECURED           165.82          .00          165.82
JP MORGAN CHASE BANK NA    MORTGAGE ARRE    5611.00          .00         5611.00
JP MORGAN CHASE BANK NA    CURRENT MORTG   13800.00          .00        13800.00
FREEDMAN ANSELMO & LINDB   NOTICE ONLY    NOT FILED          .00              .00
COOK COUNTY TREASURER      SECURED          1196.00          .00         1196.00
COOK COUNTY TREASURER      SECURED          2248.00       100.89         2248.00
COOK COUNTY TREASURER      SECURED          1017.81          .00         1017.81
ILLINOIS BELL              UNSEC W/INTER     793.17        76.56          793.17
CAPITAL ONE                UNSEC W/INTER     645.79        62.38          645.79
CHARTER ONE BANK           UNSEC W/INTER  NOT FILED          .00              .00
LEADING EDGE RECOVERY SO   NOTICE ONLY    NOT FILED          .00              .00
CHICAGO TRIBUNE            UNSEC W/INTER  NOT FILED          .00              .00
CHICAGOLAND EMERGENCY PH   UNSEC W/INTER  NOT FILED          .00              .00
CITY OF AURORA             UNSEC W/INTER      90.00         8.82           90.00
CITY OF CHICAGO PARKING    UNSEC W/INTER     360.00        31.76          360.00
COMMONWEALTH EDISON        UNSEC W/INTER  NOT FILED          .00              .00
CREDIT UNION 1             UNSEC W/INTER     599.98        57.98          599.98
ROUNDUP FUNDING LLC        UNSEC W/INTER     738.45        65.25          738.45
CAPITOL MANAGEMENT SERVI   NOTICE ONLY    NOT FILED          .00              .00
TATE & KIRLIN              NOTICE ONLY    NOT FILED          .00              .00
E R SOLUTIONS INC          UNSEC W/INTER  NOT FILED          .00              .00
GLOBAL TELEDATA            UNSEC W/INTER  NOT FILED          .00              .00
K-MART CORP                UNSEC W/INTER     468.91        41.21          468.91
NATIONAL ASSET MANAGEMEN   NOTICE ONLY    NOT FILED          .00              .00
MERCHANTS CREDIT GUIDE C   UNSEC W/INTER  NOT FILED          .00              .00
MCI                        UNSEC W/INTER  NOT FILED          .00              .00
VAN RU CREDIT CORPORATIO   UNSEC W/INTER  NOT FILED          .00              .00
MTI IL                     UNSEC W/INTER  NOT FILED          .00              .00
NATIONAL ASSET RECOVERY    NOTICE ONLY    NOT FILED          .00              .00
RELIANCE RECOVERIES        UNSEC W/INTER     425.51        59.63          425.51
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER  NOT FILED          .00              .00
SEARS PAYMENT CENTER       UNSEC W/INTER  NOT FILED          .00              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 34591 MARY ROGERS
```

```
SPRINT PCS                 UNSEC W/INTER NOT FILED              .00           .00
CALVARY INVESTMENTS        NOTICE ONLY   NOT FILED              .00           .00
PROFCRDSVS                 NOTICE ONLY   NOT FILED              .00           .00
TFC BANKING & SERVICE      UNSEC W/INTER NOT FILED              .00           .00
AMERICAN COLLECTION        NOTICE ONLY   NOT FILED              .00           .00
PROFFESSIONAL ACCOUNT MG   NOTICE ONLY   NOT FILED              .00           .00
TRINSIC COMMUNICATIONS     UNSEC W/INTER NOT FILED              .00           .00
VILLAGE RADIOLOGY          UNSEC W/INTER NOT FILED              .00           .00
COLLECTION COMPANY OF AM   NOTICE ONLY   NOT FILED              .00           .00
WEST SIDE PATHOLOGY ASSO   UNSEC W/INTER NOT FILED              .00           .00
WEST SUBURBAN HEALTH CAR   UNSEC W/INTER NOT FILED              .00           .00
WEST SUBURBAN MEDICAL CE   UNSEC W/INTER NOT FILED              .00           .00
RJM AQUISITIONS FUNDING    UNSEC W/INTER     106.64           10.25        106.64
CITY OF CHICAGO WATER DE   SECURED              .00             .00           .00
TIMOTHY K LIOU             DEBTOR ATTY     1,412.20                       1,412.20
TOM VAUGHN                 TRUSTEE                                        1,778.31
DEBTOR REFUND              REFUND                                           248.68
```

Summary of Receipts and Disbursements:

----------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                 32,221.00

PRIORITY                                              .00
SECURED                                         24,038.63
    INTEREST                                       100.89
UNSECURED                                        4,228.45
    INTEREST                                       413.84
ADMINISTRATIVE                                   1,412.20
TRUSTEE COMPENSATION                             1,778.31
DEBTOR REFUND                                      248.68
                        ---------------    ---------------
TOTALS                  32,221.00               32,221.00

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 04/24/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE



                              PAGE   2
            CASE NO. 05 B 34591 MARY ROGERS